JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRICIA MARIA BONILLA, ET AL.,<br><br>　　　　Defendants. | Case No. 2:25-cv-03065-JC<br><br>**ORDER DISMISSING ACTION**<br><br>**[DOCKET NO. 11]** |

　　　On June 9, 2025, Plaintiff Ana Ventura filed a Notice of Settlement of Entire Case ("Notice"), stating that Plaintiff and Defendants have settled the entire case and requesting that the Court grant thirty (30) days to afford the Parties time to complete dispositional documents/complete the settlement.

　　　Having considered the Notice and finding good cause therefor, the Court hereby ORDERS:

　　　1.　All deadlines governing this action are VACATED.

　　　2.　The Court DISMISSES the action without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within thirty

(30) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a Notice or Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court. Such Notice or Stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: June 11, 2025                             /s/
                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE